1

2

3

4

5

6

7    **UNITED STATES DISTRICT COURT**

8    **CENTRAL DISTRICT OF CALIFORNIA**

9    **WESTERN DIVISION**

10   ANN MAGNUSON,                                  )   Case No. 2:18−cv−5363 PSG (PJWx)
                                                    )
11              Plaintiff,                          )
                                                    )   [*PROPOSED*] JUDGMENT
12              vs.                                 )
                                                    )   Date: December 17, 2018
13   SUSAN HANNAFORD, an individual;                )   Time: 1:30 p.m.
     THE CLUB 57 ARTISTS FUND INC.,                 )
14   a New York corporation; and DOES 1             )        Courtroom of the Honorable
     through 10, inclusive,                         )            Philip S. Gutierrez
15                                                  )        United States District Judge
                Defendants.                         )
16                                                  )
                                                    )
17   ────────────────────────────────────────      )

18

19

20

21

22

23

24

25

26

27

28

## JUDGMENT

Defendants Susan Hannaford and The Club 57 Artists Fund Inc., having been duly served with a copy of plaintiff Ann Magnuson's Summons and Complaint in this action, and having failed to appear and their default having been entered by the Clerk of this Court pursuant to the Order entered in this action on October 1, 2018 (Doc. 18), and having been served with plaintiff Ann Magnuson's Motion for Entry of Default Judgment and supporting papers, and the Court, the Honorable Philip S. Gutierrez, United States District Judge, presiding, having considered the evidence and applicable law and entered the Court's Order granting plaintiff's Motion,

**IT IS ORDERED AND ADJUDGED** that

      1.    Plaintiff is the sole author of the Collage Artworks and sole owner of the copyrights in the Collage Artworks;

      2.    Plaintiff did not create the Collage Artworks in the course and scope of any employment by Club 57 or anyone else;

      3.    The Collage Artworks are not works for hire;

      4.    Plaintiff's copying, reproduction, public distribution, public display or other use or exploitation of her Collage Artworks does not infringe any copyrights owned by defendants, or any of them;

      5.    Plaintiff's copying, reproduction, public distribution, public display or other use or exploitation of her Collage Artworks does not infringe any trademarks owned by, or unfairly compete with, defendants, or any of them; and

      Plaintiff shall recover from defendants her costs.

Dated:   12/10/18

PHILIP S. GUTIERREZ

_____
Honorable Philip S. Gutierrez
United States District Judge

1

*Submitted by:*
Peter J. Anderson, Esq., Cal. Bar No. 88891
E-Mail: pja@pjanderson.com
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
100 Wilshire Boulevard, Suite 2010
Santa Monica, CA 90401
Tel: (310) 260-6030
Fax: (310) 260-6040

Attorney for Plaintiff
ANN MAGNUSON

2

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California and my business address is 100 Wilshire Boulevard, Suite 2010, Santa Monica, CA 90401. I am over the age of 18 and not a party to this action.

On October 26, 2018, I served the foregoing document described as **[*PROPOSED*] ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT**, on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope at Santa Monica, California, addressed as follows:

| | |
|---|---|
| Susan Hannaford | Susan Hannaford |
| Knaackstraße 60, 10435 | President |
| Berlin, Germany | The Club 57 Artists Fund Inc. |
| | 471 Falcon Avenue |
| | Staten Island, NY 10306 |

[X] I caused such envelope with postage thereon fully prepaid to be placed in the United States mail. I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service. Correspondence for mailing is deposited with the United States Postal Service on that same day in the ordinary course of business. The foregoing document was sealed and placed for collection and mailing on the foregoing date, following the firm's ordinary practices. I am aware that on motion of any party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in the affidavit.

[ ] I caused such envelope to be delivered by hand to the offices of the addressee.

[ ] I placed such envelope in a box or other facility regularly maintained by Federal Express, in an envelope or package designated and provided by Federal Express, with delivery fees paid or provided for, addressed to the above-indicated addressees.

[ ] I caused a copy of the foregoing document to be faxed to the addressee.

Executed on October 26, 2018 at Santa Monica, California. I declare under penalty of perjury that the above is true and correct.

_/s/ Peter J. Anderson_